IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:  )  Chapter 7
    NATIVIDAD CAPISTRANO PARRIS,  )  Case No. 12-40482
                Debtor.  )  Honorable Jacqueline P. Cox

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant: Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to: _____

Date of Order Authorizing Employment: October 11, 2012

Period for Which
Compensation is Sought: October 11, 2012 through close of the case

Amount of Fees Sought: $750.00

Amount of Expense
Reimbursement Sought: $ 0.00

This is an: Interim Application _____ Final Application __X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|

Applicant: Law Office of Deborah Kanner Ebner

Date: August 1, 2013    By: /s/Deborah K. Ebner
                                  Deborah K. Ebner, Esq.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                              ) Chapter 7
   NATIVIDAD CAPISTRANO PARRIS,   ) Case No. 12-40482
                          Debtor.   ) Honorable Jacqueline P. Cox

### FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE Jacqueline P. Cox, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

### TRUSTEE SERVICES

I. **TASKS**

    1. Prepared for 341 meeting;

    2. Conducted 341 meeting;

    3. Administered case;

    4. Filed Initial Report of Trustee in Asset Case;

    5. Filed Interim Property Record and Asset Reports;

    6. Reviewed claims;

    7. Opened Bank Account;

    8. Prepared Trustee's Final Report;

    9. Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

    10. Anticipated posting and distribution of dividend checks;

    11. Prepared and filed Final Account.

II. **EXPENSES ADVANCED**

    12. There is $0.00 in expenses advanced by Trustee during the course of this administration.

III.    STATUTORY TRUSTEE COMPENSATION CALCULATION

    13.    The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $3,000.00 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtors, is as follows:

    25% of the first $5,000                    $750.00
    Total allowable compensation               $750.00

IV.    COMPENSATION AND EXPENSE REIMBURSEMENT REQUEST

    14.    Trustee requests her statutory compensation in the amount of $750.00 and expense reimbursement in the amount of $0.00.

V.    CONCLUSION

    15.    For the foregoing reasons, Trustee seeks $750.00 in statutory compensation, and expense reimbursement in the amount of $0.00.

                                        Respectfully submitted,
                                        Law Office of Deborah Kanner Ebner

                                By:     /s/Deborah K. Ebner
                                        Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

2