**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PARRIS, NATIVIDAD CAPISTRANO | § | Case No. 12-40482 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　219 S. Dearborn St., 7th Floor, Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/12/2013 in Courtroom 680, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  08/06/2013         By:  /s/DEBORAH K. EBNER
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PARRIS, NATIVIDAD CAPISTRANO § Case No. 12-40482
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,000.00 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 2,960.00 |
| **Balance on hand:** | $ 2,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 750.00 | 0.00 | 750.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 750.00 |
| Remaining balance: | $ 2,210.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 2,210.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,210.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,925.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,800.55 | 0.00 | 367.49 |
| 2 | Discover Bank | 15,296.01 | 0.00 | 638.72 |
| 3 | Alliant Credit Union | 2,174.72 | 0.00 | 90.81 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank | 5,927.77 | 0.00 | 247.53 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank | 2,729.43 | 0.00 | 113.97 |
| 6 | FIA CARD SERVICES, N.A. | 17,996.58 | 0.00 | 751.48 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,210.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-40482-JPC
Natividad Capistrano Parris                                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: kseldon              Page 1 of 2            Date Rcvd: Aug 07, 2013
                                Form ID: pdf006            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2013.
```
db         +Natividad Capistrano Parris,    65 E. Monroe,    Unit 4206,    Chicago, IL 60603-5728
19557268    AT&T Universal Card,    P.O. Box 183037,    Columbus, OH 43218-3037
19557266    Alliant Credit Union Credit Card,    PO Box 66945,    Chicago, IL 60666-0945
19557267    American Education Services,    PO Box 2251,    Harrisburg, PA 17105-2251
19557272   +BMO Harris Bank,    PO Box 6290,    Carol Stream, IL 60197-6290
19557269   #Baker and Miller,    29 N Wacker Dr,    Suite 500,    Chicago, IL 60606-2854
19557271    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
19557270   +Bank of America,    400 National Way,    Simi Valley, CA 93065-6414
19557273   +Central Mortgage,    Attn Adam Hare,    9062 Old Annapolis Rd,,    Columbia, MD 21045-2479
19557274    Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
19557275    CitiCards,    Processing Center,    Des Moines, IA 50363-0005
19557276   +Cristina Parris,    144 28th St,    San Francisco, CA 94131-2405
19557278   +Eve Escalenta,    201 N Westhore Dr, Unit 1904,    Chicago IL 60601-7266
20142558    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19557279   +Heller and Frisone Ltd,    33 N LaSalle St,    Suite 1200,    Chicago, IL 60602-2866
19557280   #+Homeward Residential,    PO Box 660029,    Dallas, TX 75266-0029
19557281   +NCB Managemnet Services,    PO Box 1099,    Langhorne, PA 19047-6099
19557282   +Pierce and Associates,    14930 S. Cicero Ave,    Suite 3A,    Oak Forest, IL 60452-1463
19557283   +Remigio Reyes,    353 Orchard Ln.,    Bloomingdale, IL 60108-2528
19557284   +Tinka Hyde,    420 E. waterside, Unit 308,    Chicago IL 60601-8000
19557285   +Wachovia Mortgage,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
19557286    Wells Fargo,    PO Box 10368,    Des Moines, IA 50306-0368
19557287    Wells Fargo Bank,    PO Box 2993,    Portland, OR 97208
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19957668     E-mail/Text: bankruptcy@alliantcreditunion.com Aug 08 2013 00:43:46     Alliant Credit Union,
              11545 W Touhy Avenue,   Chicago, IL  60666
19557265     E-mail/Text: roy.buchholz@allianceoneinc.com Aug 08 2013 00:42:09
              Alliance One Receivable Management,    PO Box 3107,    Southeastern, PA 19398-3107
19557277     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2013 00:52:40     Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
19932165     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2013 00:52:40     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19959256    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 08 2013 00:49:16
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19557288     E-mail/Text: BKRMailOps@weltman.com Aug 08 2013 00:43:09     Weltman, Weinberg & Reis,
              PO Box 93596,    Cleveland, OH 44101-5596
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2013**              **Signature:**   _/s/ Joseph Speetjens_

```
Case 12-40482   Doc 30   Filed 08/07/13   Entered 08/09/13 23:28:10   Desc Imaged
                         Certificate of Notice   Page 6 of 6
```

District/off: 0752-1          User: kseldon              Page 2 of 2            Date Rcvd: Aug 07, 2013
                              Form ID: pdf006            Total Noticed: 29

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2013 at the address(es) listed below:
          Carrie A Zuniga   on behalf of Debtor Natividad Capistrano Parris czuniga@lakelaw.com
          David P Leibowitz, ESQ   on behalf of Debtor Natividad Capistrano Parris dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Deborah  Kanner Ebner   dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                     TOTAL: 4

```
Case 12-40482   Doc 30   Filed 08/07/13   Entered 08/09/13 23:28:10   Desc Imaged
                         Certificate of Notice   Page 6 of 6
```