# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PARRIS, NATIVIDAD CAPISTRANO                    Case No. 12-40482

                                                       Chapter   7
_____,
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

        DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.


        1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.


        2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,385,854.60 *(without deducting any secured claims)* | Assets Exempt: $484,490.53 |
| Total Distribution to Claimants: $2,210.00 | Claims Discharged Without Payment: $929,086.62 |
| Total Expenses of Administration: $790.00 | |

        3)  Total gross receipts of $      3,000.00      (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of $3,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $860,158.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 790.00 | 790.00 | 790.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 928,997.44 | 52,925.06 | 52,925.06 | 2,210.00 |
| **TOTAL DISBURSEMENTS** | $1,789,155.44 | $53,715.06 | $53,715.06 | $3,000.00 |

4)  This case was originally filed under Chapter 7 on October 11, 2012. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/27/2013_____      By:_ /s/DEBORAH K. EBNER_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Riversource Life Insurance | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 292,706.00 | N/A | N/A | 0.00 |
| NOTFILED | Homeward Residential | 4110-000 | 526,601.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 40,851.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $860,158.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 750.00 | 750.00 | 750.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $790.00 | $790.00 | $790.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,800.00 | 8,800.55 | 8,800.55 | 367.49 |
| 2 | Discover Bank | 7100-000 | 15,296.00 | 15,296.01 | 15,296.01 | 638.72 |
| 3 | Alliant Credit Union | 7100-000 | N/A | 2,174.72 | 2,174.72 | 90.81 |
| 4 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 5,905.02 | 5,927.77 | 5,927.77 | 247.53 |
| 5 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 2,628.86 | 2,729.43 | 2,729.43 | 113.97 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 17,996.00 | 17,996.58 | 17,996.58 | 751.48 |
| NOTFILED | Pierce and Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Heller and Frisone Ltd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCB Managemnet Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Mortgage | 7100-000 | 131,212.00 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg & Reis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Mortgage | 7100-000 | 119,823.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Wells Fargo Bank | 7100-000 | 255,190.12 | N/A | N/A | 0.00 |
| NOTFILED | Central Mortgage | 7100-000 | 43,924.59 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 146,465.00 | N/A | N/A | 0.00 |
| NOTFILED | American Education Services | 7100-000 | 29,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance One Receivable Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker and Miller | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Credit Union Credit Card | 7100-000 | 2,349.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 149,535.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $928,997.44 | $52,925.06 | $52,925.06 | $2,210.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-40482

**Case Name:** PARRIS, NATIVIDAD CAPISTRANO

**Period Ending:** 10/27/13

**Trustee:** (330480)   DEBORAH K. EBNER

**Filed (f) or Converted (c):** 10/11/12 (f)

**§341(a) Meeting Date:** 12/05/12

**Claims Bar Date:** 04/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium, 201 N Westhore Dr, Unit 1904 | 348,250.00 | 0.00 | | 0.00 | FA |
| 2 | Condominium, 420 E. waterside, Unit 308 | 549,750.00 | 0.00 | | 0.00 | FA |
| 3 | Harris Equity Harris Bank Acct# 4808144972 Box 9 | 418.48 | 0.00 | | 0.00 | FA |
| 4 | Investment Property income/expense acct Harris B | 891.04 | 0.00 | | 0.00 | FA |
| 5 | owner of Alliant Personal Acct Credit Union #265 | 581.01 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Dresses, Slacks, Shirts, Skirts, Blouses, etc 65 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity IRA or profit sharing plans. Give parti | 448,000.00 | 0.00 | | 0.00 | FA |
| 9 | wSchwab IRA Schwab | 30,000.00 | 0.00 | | 0.00 | FA |
| 10 | JCP Enterprises, Inc businesses. Itemize. asset | 1,164.07 | 0.00 | | 0.00 | FA |
| 11 | Riversource Life Insurance | 2,452.00 | 0.00 | | 3,000.00 | FA |
| 12 | Breach of contract lawsuit against Major Enterpr | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2003 Jaguar X (75,000 miles) and accessories. E. | 4,100.00 | 0.00 | | 0.00 | FA |
| 14 | laptop and printer Case 12-40482 Doc 1 Desc Main | 200.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets**   Totals (Excluding unknown values) | **$1,388,306.60** | **$0.00** | | **$3,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee investigating collectability of estate claims against assignment for benefit of creditors

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015      **Current Projected Date Of Final Report (TFR):**     August 6, 2013  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 12-40482
**Case Name:** PARRIS, NATIVIDAD CAPISTRANO

**Taxpayer ID #:** **-***8190
**Period Ending:** 10/27/13

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ****996666 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/13 | {11} | Navidad Parris | | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 2,980.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,950.00 |
| 08/08/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 2,960.00 |
| 09/11/13 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid   4.17% on $2,729.43; Claim# 5; Filed: $2,729.43; Reference: Voided: check issued on 09/12/13 | 7100-000 | | -113.97 | 3,073.97 |
| 09/11/13 | 107 | FIA CARD SERVICES, N.A. | Dividend paid   4.17% on $17,996.58; Claim# 6; Filed: $17,996.58; Reference: Voided: check issued on 09/12/13 | 7100-000 | | -751.48 | 3,825.45 |
| 09/11/13 | 109 | FIA CARD SERVICES, N.A. | Voided: check issued on 09/12/13 | 7100-000 | | -751.48 | 4,576.93 |
| 09/12/13 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $750.00, Trustee Compensation;  Reference: | 2100-000 | | 750.00 | 3,826.93 |
| 09/12/13 | 102 | Discover Bank | Dividend paid   4.17% on $8,800.55; Claim# 1; Filed: $8,800.55; Reference: | 7100-000 | | 367.49 | 3,459.44 |
| 09/12/13 | 103 | Discover Bank | Dividend paid   4.17% on $15,296.01; Claim# 2; Filed: $15,296.01; Reference: | 7100-000 | | 638.72 | 2,820.72 |
| 09/12/13 | 104 | Alliant Credit Union | Dividend paid   4.17% on $2,174.72; Claim# 3; Filed: $2,174.72; Reference: | 7100-000 | | 90.81 | 2,729.91 |
| 09/12/13 | 105 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid   4.17% on $5,927.77; Claim# 4; Filed: $5,927.77; Reference: | 7100-000 | | 247.53 | 2,482.38 |
| 09/12/13 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid   4.17% on $2,729.43; Claim# 5; Filed: $2,729.43; Reference: Voided on 09/11/13 | 7100-000 | | 113.97 | 2,368.41 |
| 09/12/13 | 107 | FIA CARD SERVICES, N.A. | Dividend paid   4.17% on $17,996.58; Claim# 6; Filed: $17,996.58; Reference: Voided on 09/11/13 | 7100-000 | | 751.48 | 1,616.93 |
| 09/12/13 | 108 | PYOD, LLC its successors and assigns as assignee of Citibank | | 7100-000 | | 113.97 | 1,502.96 |
| 09/12/13 | 109 | FIA CARD SERVICES, N.A. | Voided on 09/11/13 | 7100-000 | | 751.48 | 751.48 |
| 09/12/13 | 110 | FIA CARD SERVICES, N.A. | | 7100-000 | | 751.48 | 0.00 |

Subtotals :          $3,000.00          $3,000.00

{} Asset reference(s)

Printed: 10/27/2013 08:37 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-40482 | |
| **Case Name:** PARRIS, NATIVIDAD CAPISTRANO | |
| **Taxpayer ID #:** **-***8190 | |
| **Period Ending:** 10/27/13 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****996666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,000.00 | 3,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,000.00 | 3,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $3,000.00 | $3,000.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****996666** | 3,000.00 | 3,000.00 | 0.00 |
| | $3,000.00 | $3,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/27/2013 08:37 PM    V.13.13